ORTIZ & ORTIZ, L.L.P.
287 Park Avenue South, Suite 728
New York, New York 10010
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz, Esq.
*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

BAOBURG INC.,                                    Case No.

                                                 Sub V Chapter 11

                          Debtor.
---------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1 AND LOCAL BANKR. RULE 1073-3

Pursuant Fed. R. Bankr. Proc. 1007(a)(1) and 7007.1 and Local Bankr. Rule 1073-3, Baoburg Inc., as debtor and debtor in possession in the above captioned chapter 11 case (the "Debtor"), respectfully represents:

The undersigned, being an officer and shareholder of the Debtor, hereby states that there are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

Dated: August 13, 2023
       Brooklyn, New York

                                                *S/Suchanan Aksornnan*_____
                                                Suchanan Aksornnan, President