**CERTIFICATE OF CORPORATE RESOLUTION OF**

## *BAOBURG INC.*

The undersigned, President of Baoburg, Inc. (the "President"), a New York corporation (the "Company"), hereby certifies as follows:

1. The following resolution was duly and unanimously adopted by a majority of the directors of the Company at a meeting duly called and held on <u>August 13, 2023</u>, at which a quorum of the directors was present and acting throughout the meeting, and said resolutions have not been amended and are in full force and effect:

    RESOLVED, that it is in the best judgment of the Board Of Directors that the Company commence a voluntary chapter 11 proceeding for reorganize its business and economic affairs. It is further

    RESOLVED, that the Company is authorized to open a debtor in possession bank account and take all other steps necessary to ensure that it fully complies with applicable state and federal in connection with its bankruptcy case. It is further

    RESOLVED, that the Company is authorized to retain Ortiz & Ortiz LLP as its bankruptcy counsel, and retain any other professionals necessary to prosecute its bankruptcy case.

2. Appearing below are the names of the persons authorized by the foregoing resolution to act on behalf of the Company, and appearing opposite their names are their positions and specimens of their true and correct signatures:

| <u>Name</u> | <u>Position</u> | <u>Signature</u> |
|---|---|---|
| <u>Suchanan Aksornnan</u> | President | *S/Suchanan Aksornnan* |
| _____ | Treasurer | _____ |
| _____ | Secretary | _____ |

IN WITNESS WHEREOF, I have executed this certificate on the 13th day of August 2023. I swear that the foregoing is accurate and true.

*S/Suchanan Aksornnan*
Secretary/President
