UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                            :
                                                  :    Case No. 23-42888-ess
Baoburg Inc.,                                     :
                                                  :    Chapter 11
                Debtor                            :
-------------------------------------------------------------- x

### NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that initial section 341 meeting of creditors for the above-captioned chapter 11 case (the "Bankruptcy Case") will be conducted by telephone conference on **September 22, 2023, at 10:00 a.m.** (the "Designated Meeting Time").

Below please find (i) instructions for dialing into the telephonic 341 meeting, and (ii) pre-meeting instructions for the debtor's counsel and/or the debtor:

### Dial-in Information

The Debtor, debtor's counsel, and any creditors or other parties in interest who wish to attend the 341 meeting shall appear by telephone at the Designated Meeting Time by dialing the Meeting Phone Number listed below and when prompted entering the Participant Code and then entering the # sign:

- **Meeting Phone Number:**      866-819-1498

- **Participant Code:**      4769770

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

### Instructions for Testifying Debtors or Debtors' Representatives and Counsel:

No later than one (1) business day prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at Reema.Lateef@usdoj.gov: (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification documents (the "Identification Documents"):

- **Individual Debtors**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **Business Debtors**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

      The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: <u>August 16, 2023</u>                  WILLIAM K. HARRINGTON
      New York, New York              UNITED STATES TRUSTEE, REGION 2

                                                     By: <u>*/s/ Reema Lateef*</u>
                                                        Reema Lateef, Esq.
                                                        Trial Attorney
                                                        Alexander Hamilton Custom House
                                                        One Bowling Green, Room 510
                                                        New York, NY 10004-1408
                                                        Tel. No. (212) 510-0512
                                                        Fax: (212) 668-2255