UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

        BAOBURG, INC.,

                      Debtor.
-----------------------------------------------------------------x

Chapter 11 (Subchapter V)
Case No.: 23-42888-ess

## CHAPTER 11 – SUBCHAPTER V
## ORDER SETTING CLAIMS BAR DATE

**WHEREAS**, Baoburg, Inc. (the "Debtor") filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on August 14, 2023; it is hereby

**ORDERED**, that all creditors other than governmental units shall file proof of their claim or interest no later than October 23, 2023; and it is further

**ORDERED,** that, pursuant to Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), governmental units shall file proof of their claim or interest no later than February 12, 2024.



Dated: Brooklyn, New York
       August 28, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Baoburg Inc.
614 Manhattan Ave.
Brooklyn, NY 11222
KINGS-NY

Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street, Ste 2nd FL #502
New York, NY 10013

Norma E. Ortiz
Ortiz & Ortiz, LLP
287 Park Avenue South, Ste 728
New York, NY 10010

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408