**Fill in this information to identify the case:**

Debtor name: Baoburg Inc.

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): 23-42888-ess

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | IDEA MAGNA GROUP LLC<br>524 Manhattan Ave 5B<br>Brooklyn, NY, 11222 | Jaroslaw "Jarek" Markocki<br>917-640-9007<br>jarek.markocki@gmail.com | Monies Loaned / Advanced | | | | 286,263.00 |
| 2 | Arnon "Noah" Pitsamai<br>c/o William Oates, Esq.<br>60 E. 42nd St., Suite. 4510<br>New York, NY, 10165 | William Oates<br>(212) 317-1200<br>woates@csm-legal.com | LawsuitPending lawsuit | Disputed | | | 138,726.84 |
| 3 | Jaroslaw "Jarek" Markocki<br>524 Manhattan Ave 5B<br>Brooklyn, NY, 11222 | Jaroslaw "Jarek" Markocki<br>917-640-9007<br>jarek.markocki@gmail.com | Wages, Salaries, Commissions | | | | 70,534.00 |
| 4 | Rachavadee Suteesorn<br>c/o William Oates, Esq.<br>60 E. 42nd St., Ste. 4510<br>New York, NY, 10165 | William K. Oates<br>(212) 317-1200<br>woates@csm-legal.com | Pending lawsuit | Disputed | | | 41,058.00 |
| 5 | CHASE Bank<br>CARDMEMBER SERVICE<br>PO BOX 1423<br>Charlotte, NC, 28201-1423 | 800-766-7751<br>pocquestions@nbsdefaultservices.com | Credit Card Debt | | | | 38,102.45 |
| 6 | CSM Legal P.C<br>60 E. 42nd St., Ste. 4510<br>New York, NY, 10165 | William Oates<br>212-317-1200<br>woates@csm?legal.com | Judgment Liens | Disputed | | | 22,596.00 |
| 7 | Asia Market Corporation<br>71 1/2 Mulberry Street<br>New York, NY, 10013 | (212) 962-2020<br>asiamarketcorporation@gmail.com | Suppliers or Vendors | | | | 21,770.00 |
| 8 | BERK LOMBARDO PACKING CO.<br>50 Constance Ct.<br>Hauppauge, NY, 11788 | (631) 348-6820 | Suppliers or Vendors | | | | 19,927.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __Baoburg Inc._____    Case number (*if known*)__23-42888-ess_____
        Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | NYC Dept. of Finance<br>66 John St.<br>Room 104<br>New York, NY, 10038 | leungc@finance.nyc.gov<br>212-748-4329 | Taxes & Other Government Units | | | | 18,485.00 |
| 10 | Internal Revenue Service<br>PO Box 7346<br>Centralized Insolvency Agency<br>Philadelpia, PA, 19101-7346 | anne.sylvia@irs.gov<br>267-941-6240 | Taxes & Other Government Units | | | | 10,818.00 |
| 11 | HUNG LEE CORP<br>79 Bayard St<br>New York, NY, 10013 | (212) 962-5351 | Suppliers or Vendors | | | | 10,355.00 |
| 12 | Lewis & Lin<br>77 Sands Street<br>6th Floor<br>Brooklyn, NY, 11201 | David D. Lin<br>(718) 243-9323<br>david@ilawco.com | Legal fees | Disputed | | | 10,250.00 |
| 13 | Jolene Wee<br>JW Infinity Consulting, LLC<br>447 Broadway Street, Ste. #502<br>New York, NY, 10013 | 646-204-0033<br>jwee@jw-infinity.com | Legal Fees | | | | 9,594.64 |
| 14 | Nontaporn Chongpitakwong<br>c/o William Oates, Esq.<br>60 E. 42nd St., Suite 4510<br>New York, NY, 10165 | William Oates<br>(212) 317-1200<br>woates@csm-legal.com | Judgment Liens | Disputed | | | 4,140.00 |
| 15 | MUTUAL TRADING<br>77 Metro Way<br>Secaucus, NJ, 07094 | (201) 933-9555 | Suppliers or Vendors | | | | 3,080.00 |
| 16 | HAI THANH SEAFOOD INC<br>19-21 Henry St<br>New York, NY, 10002 | (212) 964-9694 | Suppliers or Vendors | | | | 2,590.00 |
| 17 | Paleewong Trading Co.<br>6204 34th Ave.<br>Woodside, NY, 11377 | 718-507-6520 | Suppliers or Vendors | | | | 2,008.00 |
| 18 | Action Carting Environmental Services<br>Interstate Waste Services of NJ Inc<br>429 Frelinghuysen Ave<br>Newark, NJ, 07114 | (973) 623-7600 | Suppliers or Vendors | | | | 738.00 |
| 19 | Drain Kleen<br>1021 E. Gun Hill Road<br>Bronx, NY, 10469 | (718) 652-6300 | Suppliers or Vendors | | | | 400.00 |
| 20 | New Way Pest Control<br>206 Utica Ave<br>Brooklyn, NY, 11213 | (718) 953-1549 | Services | | | | 381.00 |