United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-42888-ess
Baoburg Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Aug 29, 2023      Form ID: pdfall      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Baoburg Inc., 614 Manhattan Ave., Brooklyn, NY 11222-2081 |
| 10229585 | + | ARNON PITSAMAI, 60 East 42nd Street, Suite 4510 Court Plaza South, New York, NY 10165-0006 |
| 10232924 | + | Action Carting Environmental Services, Interstate Waste Services of NJ Inc, 429 Frelinghuysen Ave, Newark, NJ 07114-1434 |
| 10229583 | + | Action Carting Environmental Services, Interstate Waste Services of NJ Inc, PO Box 554744, Detroit, MI 48255-4744 |
| 10229584 | + | Arnon 'Noah' Pitsamai, c/o William Oates, Esq., 60 E. 42nd St., Suite. 4510, New York, NY 10165-0012 |
| 10232887 | + | Asia Market Corporation, 71 1/2 Mulberry Street, New York, NY 10013-4401 |
| 10229587 | + | BERK LOMBARDO PACKING CO., 50 Constance Ct., Hauppauge, NY 11788-4200 |
| 10229586 | + | BankDirect Capital Finance, 150 North Field Drive, Suite 190, Lake Forest, IL 60045-2594 |
| 10229589 | + | CSM LEGAL P.C., c/o William K. Oates, 60 E 42nd Street, Suite 4510, New York, NY 10165-0012 |
| 10232925 | + | Drain Kleen, 1021 E. Gun Hill Road, Bronx, NY 10469-3719 |
| 10229590 | + | George Majewski, 46 Cottonwood Lane, Westbury, NY 11590-5743 |
| 10229591 | + | HAI THANH SEAFOOD INC, 19-21 Henry St, New York, NY 10002-6950 |
| 10229592 | #+ | HOFFMANN & ASSOCIATES, c/o David S. Halsband, 450 Seventh Ave, Suite 1400, New York, NY 10123-1400 |
| 10229593 | + | HUNG LEE CORP, 79 Bayard St, New York, NY 10013-4991 |
| 10229594 | + | IDEA MAGNA GROUP LLC, 524 Manhattan Ave 5B, Brooklyn, NY 11222-5330 |
| 10229596 | + | Jaroslaw 'Jarek' Markocki, 524 Manhattan Ave 5B, Brooklyn, NY 11222-5330 |
| 10232928 | + | Jolene Wee, JW Infinity Consulting, LLC, 447 Broadway Street, Ste. #502, New York, NY 10013-2562 |
| 10229597 | + | Lewis & Lin, 77 Sands Street, 6th Floor, Brooklyn, NY 11201-1431 |
| 10229598 | + | MUTUAL TRADING, 77 Metro Way, Secaucus, NJ 07094-1918 |
| 10232889 | + | NYC Dept. of Finance, 66 John St., Room 104, New York, NY 10038-3728 |
| 10229599 | + | New Way Pest Control, 222 Utica Ave, Brooklyn, NY 11213-3204 |
| 10229600 | + | Nontaporn Chongpitakwong, c/o William Oates, Esq., 60 E. 42nd St., Suite 4510, New York, NY 10165-0012 |
| 10229601 | + | Nontaporn Chongpitakwong and Rachavadee Sutee, 60 East 42nd Street, Suite 4510 Court Plaza South, New York, NY 10165-0006 |
| 10229603 | + | Paleewong Trading Co., 6204 34th Ave., Woodside, NY 11377-2229 |
| 10229604 | + | Rachavadee Suteesorn, c/o William Oates, Esq., 60 E. 42nd St., Ste. 4510, New York, NY 10165-0012 |
| 10229605 | + | Suchanan Aksornnan, 524 Manhattan Ave 5B, Brooklyn, NY 11222-5330 |
| 10229606 | + | U.S. Small Business Admninistration, 26 Federal Plaza, Ste. 3100, New York, NY 10278-0112 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 10229595 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2023 18:22:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Agency, Philadelpia, PA 19101-7346 |
| 10229588 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2023 18:24:10 | CHASE Bank, CARDMEMBER SERVICE, PO BOX 1423, Charlotte, NC 28201-1423 |
| 10229944 | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Aug 29 2023 18:22:00 | NEW YORK STATE DEPARTMENT OF LABOR, State Campus Bldg 12 rm 256, Albany, NY 12240-0001 |
| 10229602 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 29 2023 18:23:00 | NYS Dept of Tax And Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 29, 2023 | Form ID: pdfall | Total Noticed: 31 |
| TOTAL: 4 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

**Name**     **Email Address**

Jolene E Wee
jwee@jw-infinity.com   jwee@jw-infinity.com;MD72@ecfcbis.com

Norma E Ortiz
on behalf of Debtor Baoburg Inc. email@ortizandortiz.com
ortiznoticeme@gmail.com;bkcourt@gmail.com;ortiznr70019@notify.bestcase.com;nicolas@ortizandortiz.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
In re:

       BAOBURG, INC.,

                          Debtor.  
-------------------------------------------------------------x

Chapter 11 (Subchapter V)  
Case No.: 23-42888-ess

## CHAPTER 11 – SUBCHAPTER V
## ORDER SETTING CLAIMS BAR DATE

**WHEREAS**, Baoburg, Inc. (the "Debtor") filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on August 14, 2023; it is hereby

**ORDERED**, that all creditors other than governmental units shall file proof of their claim or interest no later than October 23, 2023; and it is further

**ORDERED,** that, pursuant to Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), governmental units shall file proof of their claim or interest no later than February 12, 2024.



Dated: Brooklyn, New York  
       August 28, 2023

       /s/ Elizabeth S. Stong  
       Elizabeth S. Stong  
       United States Bankruptcy Judge

TO:

Baoburg Inc.
614 Manhattan Ave.
Brooklyn, NY 11222
KINGS-NY

Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street, Ste 2nd FL #502
New York, NY 10013

Norma E. Ortiz
Ortiz & Ortiz, LLP
287 Park Avenue South, Ste 728
New York, NY 10010

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408